UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                  3:08CR109-LAC

DANIEL LEVITAN

       Defendant.

_____/


## ORDER GRANTING REMISSION OF FINE INTEREST

THIS CAUSE CAME before the Court for consideration upon Petition of the United

States, in accordance with the provisions of 18 U.S.C. § 3573 for remission of the fine interest

imposed against defendant, DANIEL LEVITAN.   The court has considered the Petition and the

pertinent parts of the record and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that good cause having been shown,

the Petition is granted and the unpaid portion of the fine interest and penalties, if any, is hereby

vacated and remitted.

**DONE AND ORDERED** this 28th day of September, 2009


                          s/*L.A. Collier*
                          LACEY A. COLLIER
                          Senior United States District Judge